Abel Acosta

12-17-14

49,643-01

I am writing to inform you of my new address please see to it that the right people receive it, I have also informed the clerk of Palo Pinto of my new address on this same date.

Thank you for your time.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk

Isidore K. Bridgeforth
1678931
Estelle Unit
264 FM 3478
Huntsville, Tx.
77320